**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01443-LTB

RON L. GATEWOOD,

    Plaintiff,

v.

DR. COVILLE,
DR. J. TASH BERTON,
DR. PETER QUINTERO,
DR. BRIAN REISS,
DEPT. OF LABOR,
DR. RICHARD LOFFOER,
ROBERT KAWASSAKI,
DR. C.D. BAKER,
DR. CRABOWSKI,
HOLLY HEALTHCARE SYS CCIA,
PENNICOL,
WORKERCOMP,
PSL HOSPITAL,
HOLLY H OCCP, and
KAISER PERMANENTE,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On July 13, 2012, Plaintiff submitted a request for reconsideration, ECF No. 13. The Court construes the request as a second motion to reconsider the Court's July 11, 2012 dismissal. For the same reasons stated in the Court's July 13, 2012 Order, reconsideration is DENIED. Plaintiff is reminded that because the action was dismissed without prejudice he may pursue his claims by filing a new civil action if he chooses.

Dated:  July 17, 2012