**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01443-LTB

RON L. GATEWOOD,

    Plaintiff,

v.

DR. COVILLE,
DR. J. TASH BERTON,
DR. PETER QUINTERO,
DR. BRIAN REISS,
DEPT. OF LABOR,
DR. RICHARD LOFFOER,
ROBERT KAWASSAKI,
DR. C.D. BAKER,
DR. CRABOWSKI,
HOLLY HEALTHCARE SYS CCIA,
PENNICOL,
WORKERCOMP,
PSL HOSPITAL,
HOLLY H OCCP, and
KAISER PERMANENTE,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On September 4, 2012, Plaintiff submitted a filing that appears to be an attempt to file a new complaint in this action rather than a motion for reconsideration.  *See* ECF No. 15.  Plaintiff, however, may not file a new complaint in this action.  The Clerk of the Court is directed to terminate the motion for reconsideration and use ECF No. 15 to initiate a new civil complaint.

Dated:  September 5, 2012